IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TFORCE LOGISTICS EAST, LLC,   )
formerly known as TFORCE   )
FINAL MILE, LLC, as assignee of   )
Dicom Logistics, LLC   )
   )
   Plaintiff,   )
   )
v.   )      CIVIL ACTION FILE NO.
   )
BH TRANSPORTION AND   )    _____
CONSULTING, LLC, AND   )
RICOH USA, INC.,   )
jointly and severally   )
   )
   Defendants.   )

## VERIFIED COMPLAINT FOR BREACH OF CONTRACT, ALTERNATIVELY, UNJUST ENRICHMENT, ALTERNATIVELY, QUANTUM MERUIT, AND ALTERNATIVELY, SUIT ON ACCOUNT

COMES NOW Plaintiff TForce Logistics East, LLC, formerly known as

TForce Final Mile, LLC, as assignee of Dicom Logistics, LLC  ("Plaintiff") and

files this Verified Complaint for Breach of Contract, Alternatively Unjust

Enrichment, Alternatively Quantum Meruit and Alternatively Suit on Account

against Defendants BH Transportation and Consulting, LLC ( "BH"), and RICOH

USA, Inc. ("Ricoh")(collectively, "Defendants") and hereby and shows the Court

as follows:

## JURISDICTION

### 1.

This Court has subject matter jurisdiction over all claims asserted herein pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds $75,000 and is between citizens of different states.

### 2.

Venue is proper in this jurisdiction pursuant to (i) 28 U.S.C. § 1391(b)(1) because Defendant BH is a Georgia Corporation and (ii) pursuant to Paragraph 12 of the Broker Carrier Agreement by and between Plaintiff and Defendants (the "Agreement") which states: "All such disagreements or disputes shall be submitted to the court of proper jurisdiction in the state of Georgia . . . ".  A true and correct copy of the Agreement is attached hereto as **Exhibit A** and incorporated herein by reference.

## PARTIES

### 3.

Plaintiff is a Delaware limited liability company that is authorized to do business in Georgia and provides transportation and logistics services to businesses.

2

4.

Defendant BH is a Georgia corporation located in Atlanta, Georgia.

Defendant BH provides carrier services to and for businesses and subcontracts with

transportation companies. Defendant BH may be served care of its registered

agent, CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

5.

Defendant Ricoh is an Ohio corporation doing business in Atlanta, Georgia

and is registered with Georgia Secretary of State. Defendant Ricoh may be served

in care of its registered agent, CT Corporation System, 289 S. Culver Street,

Lawrenceville, GA 30046.

## FACTUAL BACKGROUND

6.

Defendant BH, as "Company", and Dicom Logistics, LLC ("Dicom"), as

"Carrier", entered into that certain Broker Carrier Agreement dated August 13,

2018. Exhibit A. The Agreement states that Defendant Ricoh, including but not

limited to, is the customer of Defendant BH. At some time prior to August 13,

2018, Defendant Ricoh contracted with Sempra Energy ("Sempra") to manage

Sempra's delivery needs. Ricoh then subcontracted the work to BH and pursuant to

the Agreement, BH retained Plaintiff to provide the services.  On or about August

3

7, 2019, Plaintiff purchased assets of Dicom that included the Agreement. As a result, Plaintiff became the "Carrier" party to the Agreement.

7.

Pursuant to the terms of the Agreement, Defendant BH controlled "the transportation of freight under its contractual arrangements with various consignors and consignees, including but not limited to" Defendant Ricoh. Since Defendant Ricoh contracted with Sempra to manage its deliveries, Sempra falls within the description of "various consignors and consignees." The terms of the Agreement provide for payment of transportation services provided by Plaintiff with payment for same by BH within sixty business days of receipt by Plaintiff.

8.

Defendant BH provides carrier services to and for businesses and subcontracts with transportation companies such as Plaintiff to perform these carrier services.

9.

Defendant Ricoh entered into a contract with Sempra whereby Defendant Ricoh would manage Sempra's mail/package delivery needs.

10.

Defendant Ricoh in turn subcontracted with Defendant BH for carrier

services to fulfill the mail/package delivery needs of Sempra.

11.

Defendant BH then subcontracted with Plaintiff to provide for the

transportation needs of Defendant Ricoh and its customers as per the Agreement.

12.

In summary, privity of contract exists between the parties as follows:

Defendant BH contracted with Plaintiff for transportation services for Defendant

BH's customers.  Defendant Ricoh is a customer of Defendant BH.  Sempra is a

customer of Defendant Ricoh. Defendant Ricoh contracted with Defendant BH to

provide carrier/transportation services for its clients. Defendant BH then contracted

with Plaintiff to perform those services for Defendant Ricoh's client, Sempra.

13.

Defendant BH contracted with Plaintiff to perform transportation services

under the Agreement. The transportation services to be provided by Plaintiff for

and on behalf of Defendant BH and its customer, Defendant Ricoh and its

customer, Sempra are detailed in the Agreement.  The terms of payment for these

transportation services also are detailed in the Agreement. The Agreement provides

that payments are due and payable within sixty business days from the date of

receipt.

14.

Plaintiff continued to perform under the terms of the Agreement even though

Defendant BH failed to pay as required pursuant to the Agreement.

15.

Plaintiff performed services for which both Defendant BH, and Defendant

Ricoh did not pay Plaintiff, as evidenced by invoices which remain unpaid,

commencing from date of invoice of October 26, 2019 to and through February 3,

2020. A summary of the unpaid Invoices is set forth below and attached hereto

and incorporated herein as **Exhibit B.**

| Invoice # | Invoice Date | Amount Due |
|---|---|---|
| 2472560 | 10/26/2019 | $28,035.72 |
| 2472559 | 10/26/2019 | $31,160.72 |
| 2472561 | 10/26/2019 | $28,447.90 |
| 2472558 | 10/26/2019 | $4,724.00 |
| 2472562 | 10/26/2019 | $28,035.72 |
| 2476427 | 11/4/2019 | $28,035.72 |
| 2478761 | 11/9/2019 | $28,035.72 |
| 2479322 | 11/16/2019 | $28,035.72 |
| Invoice # | Invoice Date | Amount Due |
| 2485861 | 12/2/2019 | $28,035.72 |
| 2489589 | 12/14/2019 | $77,288.23 |
| 2492729 | 12/21/2019 | $28,035.72 |

| 2498357 | 1/4/2020 | $44,857.14 |
| 2500560 | 1/11/2020 | $28,035.72 |
| 2503041 | 1/18/2020 | $26,967.45 |
| 2507302 | 2/3/2020 | $20,229.00 |

16.

Plaintiff's Vice President of Finance, Mr. Justin Howard ("Mr. Howard"),

made frequent attempts to contact Defendant BH to discuss payment under the

Agreement.  Mr. Howard indicated the reason for nonpayment by Defendant BH

was Defendant Ricoh's nonpayment to BH.

17.

As a result of Defendant BH's nonpayment for transportation services

rendered under the Agreement as evidenced by the Invoices, Plaintiff and

Defendant BH mutually agreed to terminate the Agreement effective January 25,

2020.

18.

After numerous attempts to collect payment for the Invoices, Plaintiff sent a

demand letter to both Defendant BH and Defendant Ricoh on April 8, 2020 (the

"April Demand Letter").  A true and correct copy of the April Demand Letter is

attached hereto as **Exhibit C.**

19.

After receipt of the April Demand Letter, Defendant BH and Defendant Ricoh failed to pay the amounts due under the Agreement.

20.

On May 1, 2020, Plaintiff's counsel sent a demand letter to both Defendants demanding payment under the terms of the Agreement, on account as evidenced by the Invoices, and under the theory of unjust enrichment (the "May Demand Letter"). This letter detailed the amounts Defendants' owe Plaintiff and gave Defendants ten days within which to pay that amount. A copy of the May Demand Letter is attached hereto as **Exhibit D** and incorporated herein by reference.

21.

For each of the sixteen transportation services provided, this sixty-business day period has run. Thus, $457,960.20 is now due and payable immediately, including interest at the rate of 1 ½ per month ( being 18% per annum) pursuant to O.C.G.A. § 7-4-16 from each sixty-day period for each amount billed under the Agreement.

22.

The transportation services performed by Plaintiff for which Defendants have not paid are evidenced by sixteen individual invoices dating from October 5,

2019 through and including February 3, 2020 (the "Invoices"). True and correct copies of the Invoices are attached hereto as collective **Exhibit E** and incorporated herein by reference.[1].

## COUNT 1 - BREACH OF CONTRACT

23.

Plaintiff provided transportation services on behalf of Defendant BH and Ricoh pursuant to the terms of the Agreement for which Defendants failed to compensate Plaintiff.

24.

Defendants failed to make timely payments due to Plaintiff under the Agreement; thus, materially breaching their Agreement with Plaintiff. Defendants failed to respond to Plaintiff's Invoices, the April Demand Letter, the May Demand Letter, and other demands for payment.

25.

Defendants also failed to cure the material breach by paying the amounts due under the Agreement in full within ten days of the date of the May Demand Letter.

---

[1] Invoice No. 2472558 was partially paid. Invoice No. 2507302 received a credit.

26.

O.C.G.A. § 7-4-16 provides that the balance owed to Plaintiff bears interest at the rate of 1 ½ percent per month calculated on the amount owed from the date upon which it became due and payable until paid since Defendants incurred an obligation for the payment of money arising out of transactions for the furnishing of transportation services by Plaintiff.

27.

Defendants remain liable to Plaintiff in the total amount of $457,960.20 for the outstanding balance owed under the Agreement and for accrued interest on each Invoice through April 30, 2020 in an amount to be determined.

## COUNT TWO – ALTERNATIVELY, UNJUST ENRICHMENT

28.

At the request of BH, Plaintiff provided transportation services on behalf of BH for the benefit of Ricoh. These services are evidenced by the sixteen Invoices, which remain unpaid.

29.

Defendants BH and Ricoh received a benefit from transportation services provided by Plaintiff to Defendants.

30.

The Invoices establish the transportation services requested by Defendant BH for Ricoh. Both BH and Ricoh were unjustly enriched by the actions of Plaintiff and for which it should be equitably compensated.

31.

Defendants were unjustly enriched when they used Plaintiff's transportation services and refused to pay for those services, and thus BH and Ricoh, jointly and severally, were unjustly enriched by Plaintiff's services in the amount of $457,960.20, plus accrued interest.

## COUNT THREE – ALTERNATIVELY, QUANTUM MERUIT

32.

At the request of Defendant BH, Plaintiff provided transportation services to and on behalf of Defendant Ricoh, which services were accepted. Plaintiff was expecting to be paid for these services as evidenced by the sixteen Invoices, which remain unpaid.

33.

Despite demands from Plaintiff, Defendants refuse to pay Plaintiff for the transportation services provided to them.

34.

Defendants received a benefit from transportation services rendered by

Plaintiff on Defendants' behalf and is unjust for Defendant to receive the benefits

of Plaintiff's services and Plaintiff not be paid its reasonable value for such

services.

35.

The Invoices establish the reasonable value of the transportation services

requested by Defendant BH for its customers Defendant Ricoh from Plaintiff that

Defendants have not paid. Thus, the total amount due and owing for the Invoices

as of April 30, 2020 is $457,960.20, plus accrued interest to be determined.

## **COUNT FOUR – ALTERNATIVELY, SUIT ON ACCOUNT**

36.

Defendant BH is indebted to Plaintiff on an open account in the sum of

$457,960.20 as of the date of filing this Complaint, plus accrued interest accruing

from the date of each invoice to be determined at trial (the "Account").

37.

Plaintiff made demand upon Defendant BH to pay the outstanding balances

owed to Plaintiff under the terms of the Invoices. Defendant failed and refused to

pay the Invoices. *See Exhibits B and C.*

38.

O.C.G.A. § 7-4-16 provides that the balance owed to Plaintiff bears interest at the rate of 1 ½ percent per month calculated on the amount owed from the date upon which it became due and payable until paid since Defendants incurred an obligation for the payment of money arising out of transactions for the furnishing of transportation services by Plaintiff.

39.

Defendants remain liable to Plaintiff in the total amount of $457,960.20 for the outstanding balances owed on each Invoice and for accrued interest on each Invoice through April 30, 2020, plus interest through the date of judgment in an amount to be determined.

## COUNT FIVE - ATTORNEYS' FEES AND EXPENSES OF LITIGATION

40.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused unnecessary trouble and expense.

41.

Defendants have not questioned the propriety of Plaintiff's transportation services or billing practices. Defendants have failed to pay Plaintiff in a timely

manner and generally caused Plaintiff unnecessary trouble and expense to collect an undisputed debt.

42.

Defendants' actions caused Plaintiff to retain legal counsel which entitles Plaintiff to an award of its litigation costs, including attorneys' fees under O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff respectfully prays that this Court:

(a)  as Count One, enter judgment in favor of Plaintiff against Defendant BH and Ricoh, jointly and severally, in the amount of $457,960.20, plus interest through date of judgment in an amount to be determined for breach of the Agreement;

(b) or, alternatively, as to Count Two - Unjust Enrichment enter judgment in favor of Plaintiff against Defendants BH and Ricoh, jointly and severally, in the amount of $457,960.20 under the theory of unjust enrichment, plus accruing interest thereon;

(c) or, alternatively, as to Count Three - Quantum Meruit, enter judgment in favor of Plaintiff against Defendants BH and Ricoh, jointly and severally, in the amount of $457,960.20 under the theory of quantum meruit, plus accruing interest thereon

14

(d) or, alternatively, as to Count Four - Suit on Account, enter judgment in favor of Plaintiff against Defendant BH on the unpaid balance of $457,960.20 on the open account, alternatively, plus interest accruing thereon at the rate of 18% per annum;

(e) and as to Count Five - Attorneys Fees and Expenses of Litigation enter judgment in favor of Plaintiff against Defendants jointly and severally, for attorneys' fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11; and

(f) award such other and further relief as the Court deems just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/ Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, Georgia 30328
T: 678-733-9322
F: 404-498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Plaintiff**



EXHIBIT

A

### BROKER CARRIER AGREEMENT

This BROKER CARRIER AGREEMENT ("Agreement"), is made and entered into as of this ~~July~~ August 13 2018, by and between BH TRANSPORTATION (hereinafter referred to as the "Company"), and the undersigned, DICOM LOGISTICS, LLC (hereinafter referred to as the "Carrier").

### WITNESSETH

WHEREAS, the Company controls the transportation of freight under its contractual arrangements with various consignors and consignees, including but not limited to __[RICOH]_____ (individually "Customer" and collectively "Customers");

WHEREAS, Carrier is authorized to operate in interstate and/or intrastate commerce and is qualified, competent and available to provide for the transportation and delivery services required by the Company;

WHEREAS, the Company desires for Carrier to perform certain work on behalf of the Company; and

WHEREAS, Carrier desires to perform certain work on behalf of the Company.

NOW, THEREFORE, intending to be legally bound hereby, the parties agree to the following terms and conditions:

(1)     Term and Termination.

(a) The Term of this Agreement shall be for one (1) year and shall automatically renew for successive one (1) year periods; provided, however, that this Agreement may be terminated by Company or Carrier upon thirty (30) days prior written notice.

(b)     Company may additionally terminate this Agreement immediately upon written notice in any of the following events:

i.      Carrier loses its operating authority or otherwise becomes disqualified to perform its obligations under this Agreement;

ii.     Carrier breaches any covenant, obligation, condition, or requirement imposed upon it by this Agreement, and such breach continues for a period of ten (10) days after written notice thereof from Company to Carrier;

iii.    Carrier becomes insolvent or becomes unable to pay its debts in a timely manner;

iv.     Carrier fails to comply with the performance metrics or selection criteria, if any, imposed upon it at any time by Company;

v.      Carrier fails to procure and maintain any of the insurance coverages required by this Agreement; or

vi.     Carrier utilizes the services of any brokers or subcontracts transportation of freight tendered by Company hereunder to any third party motor carrier or other transportation provider or utilizes a third party logistics provider to perform its obligations under this Agreement without prior written consent of Company.

(c)     Carrier may additionally terminate this Agreement immediately upon written notice if Company breaches any covenant, obligation, condition, or requirement imposed upon it by this

Initial 

Agreement and such breach continues for a period of thirty (30) days after written notice thereof from Carrier.

(2)     Deliveries by Carrier. Company may from time to time during the term of the Agreement request Carrier to contract to make deliveries for Company. Such request shall be made at the Company's sole discretion and on a delivery-by-delivery basis. Carrier may, in its sole discretion, accept or decline to accept such request. Carrier shall solely determine the means and methods of the performance of all transportation services undertaken by Carrier under the terms of this Agreement provided the same meet with the time restrictions and guidelines imposed by the Company. Carrier agrees to pay all expenses of Carrier's operations under this Agreement.

(3)     Equipment and Personnel. Carrier shall, at its sole cost and expense: (a) furnish all equipment necessary or required for the performance of its obligations hereunder (the "Equipment"); (b) pay all expenses related, in any way, with the use and operation of the Equipment; (c) maintain the Equipment in good repair, mechanical condition and appearance; and (d) utilize only competent, able and legally licensed entities and/or personnel. Carrier shall have full control of such entities and/or personnel; shall perform the services hereunder as an independent contractor; and shall assume complete responsibility for all state and federal taxes, assessments, insurance (including, but not limited to, workers' compensation, unemployment compensation, disability, pension and social security insurance) and any other financial obligations arising out of the transportation performed hereunder.

(4)     Payment. Carrier will charge, and the Company will pay, for transportation services provided under this Agreement at the rates and charges to be shown on rate confirmation sheets to be signed and agreed upon between the Company and the Carrier for all services performed under this Agreement. Payment shall be made by Company to Carrier within sixty (60) business days of receipt by the Company of the Carrier's invoice or any other necessary billing documents enabling the Company to ascertain that service has been provided at the agreed upon charge. In the event service is provided and it is subsequently discovered that there was no applicable rate agreed upon between the parties, the parties hereby agree that the rate paid by the Company and collected by the Carrier shall be the agreed upon contract rate.

(5)     Insurance. Company shall not maintain any insurance, including but not limited to collision, comprehensive, fire or theft insurance on the Carrier, or its contracted entities or personnel, or on any vehicle of the Carrier. Any such coverage must be provided by Carrier at its sole expense. Carrier shall procure and maintain, at its sole cost and expense, all appropriate and necessary insurance coverages to ensure proper and adequate coverage for the contracted services. In addition, Company shall be named as an additional insured on Carrier's public liability and property damage policy, and as a loss payee on the Cargo policy as evidenced by an endorsement on the certificates of insurance. Upon request of Company or its designated insurance consultant, Carrier shall provide Company, Company's consultant, or Customer with copies of the applicable insurance policies.

(6)     Indemnification. Carrier agrees to indemnify and save Company harmless from any and all costs, expenses, losses, liabilities, damages, claims and fines (including reasonable attorney's fees) incurred by the Company arising out of or in any way related to the performance by, or breach of, the Carrier, Carrier's subcontractors, drivers, helpers, or other personnel, obligations and duties under this Agreement. Carrier agrees to indemnify and save Company harmless from any and all costs, and shall assume full responsibility for payment of all federal, state and local taxes, including self-employment tax, workers compensation premiums, and any contributions imposed or required under federal, state and local laws, with respect to Carrier, and Carrier's drivers, helpers, and other personnel. Carrier shall be responsible for, and indemnify and save Company harmless from, all costs of Carrier's conduct of its business, including, but not limited to, the expense and responsibility for any and all applicable insurance, local, state or federal licenses, permits, taxes, and assessments of any and all regulatory

Initial

agencies, boards or municipalities. It is understood that Carrier assumes all risk of damage or loss to the vehicle and to all parts, accessories, materials and supplies furnished to Carrier hereunder. Carrier further agrees to indemnify and save Company harmless against any and all liability claims and demands for personal injury (including death), property damage and Carrier's possession, use, maintenance, custody or operation of the Equipment asserted against Company by reason of the use and operation of the vehicle by Carrier during the term of this Agreement. This indemnification shall be for the benefit of Company and its officers and members. The indemnification obligation of the Carrier hereunder shall survive the termination of the Agreement.

(7)     Freight Loss, Damage or Delay.

    (a)     Carrier shall have the sole and exclusive care, custody and control of the Customers' property from the time it is delivered to the Carrier for transportation until the delivery to the consignee accompanied by the appropriate receipts as specified in Paragraph 13.

    (b)     Carrier assumes the liability of a common carrier under the Carmack Amendment as currently codified at 49 U.S.C. § 14706 for loss, damage to or destruction of any and all of the Company's Customers' goods or property while such are under the Carrier's care, custody or control. Carrier shall pay to the Company or Customer the actual loss for the kind and quantity of commodities so lost, damaged or destroyed. Payments by the Carrier to the Company or its Customers, pursuant to the provisions of this Paragraph, shall be made within thirty (30) days following confirmation of such loss, damage or destruction and receipt of documented claim.

    (c)     Carrier shall be liable for the full invoice value of the cargo lost, damaged, delayed, or destroyed, as well as any additional costs or fees imposed upon Company by the cargo claimant, except that Carrier's full value liability shall not exceed $250,000 (U.S. Dollars) per shipment unless agreed upon in writing by Company and Carrier (such agreement may, but need not necessarily, take the form of a declared value declaration). No other limitation of liability shall apply unless specifically agreed to in writing by Company prior to Carrier's receipt of the specific shipments to which such limitation applies, and Company's agreement to a limitation shall not be construed as a waiver of full value liability with respect to any other goods tendered to Carrier.

    (d)     Carrier waives any Applicable Law regarding processing of claims and handling of salvage, including, but not limited to, the provisions of 49 C.F.R. Part 370. Carrier shall pay to Company, or allow Company to deduct from the amount Company owes Carrier, Customer's full actual loss for the kind and quantity of commodities so lost, delayed, damaged or destroyed. Payments by Carrier to Company or its Customer, pursuant to the provisions of this section, shall be made within thirty (30) days following receipt by Carrier of Company's or Customer's undisputed claim and supporting documentation. Carrier shall fully assist Company in investigating any claim for cargo loss, damage, delay, or destruction.

    (e)     Carrier waives any right to salvage goods subject to this provision, as well any right to claim an offset for the value of salvage.

    (f)     Exclusions from coverage contained in Carrier's Cargo Insurance as required herein shall not affect Carrier's liability for freight loss, damage, or delay.

(8)     Waiver of Carrier's Lien. Carrier shall not withhold any goods of the Company's Customer(s) on account of any dispute as to rates or any alleged failure of the Company to pay charges incurred

Initial

under this Agreement. Carrier is relying upon the general credit of the Company and hereby waives and releases all liens which Carrier might otherwise have to any goods of the Company or its Customer(s) in the possession or control of the Carrier.

(9)   Severability.  In the event that the operation of any portion of this Agreement results in a violation of any law, the parties agree that such portion shall be severable and that the remaining provisions of this Agreement shall continue in full force and effect.

(10)   Entire Agreement. This Agreement and all Appendices constitute the entire Agreement between the parties, which may be modified only in writing, signed by both parties. It shall be construed under the laws of the state where the branch office is located. The failure of Company in any instance to insist upon a strict performance of the terms of this Agreement or to exercise any option herein shall not be construed as a waiver or relinquishment for the future of such term or option, but the same shall continue in full force and effect. If any term, covenant, condition or provision of this Agreement or the application thereof to any party or circumstance shall, at anytime, or to any extent, be determined invalid or unenforceable, the remaining provisions hereof shall not be affected thereby and shall be deemed valid and fully enforceable to the extent permitted by law.

(11)   Assignment/Modification/Benefit Of Agreement.  This Agreement may not be assigned or transferred in whole or in part by Carrier absent the prior written consent of Company, and supersedes all other agreements and all tariffs, rates, classifications and schedules published, filed or otherwise maintained by Carrier.  This Agreement shall be binding upon and inure to the benefit of the parties hereto.

(12)   Dispute Resolution. This Agreement shall be deemed to have been drawn in accordance with the statutes and laws of the state of Georgia. In the event of any disagreement or dispute, the laws of Georgia shall apply.  All such disagreements or disputes shall be submitted to the court of proper jurisdiction in the state of Georgia, Company and Carrier hereby agree to the exclusive jurisdiction such courts, and waive any defenses to venue in or personal jurisdiction of such courts. Notwithstanding the foregoing, the Company and Carrier may mutually agree in writing to submit any such disagreement or dispute to binding arbitration.

IN WITNESS WHEREOF, the parties hereto have executed this Independent Carrier Agreement by representatives lawfully authorized to do so.

COMPANY: BH TRANSPORTATION

BY:

Name: Keith Hutcherson

Date: 8/13/18

CARRIER: DICOM LOGISTICS, LLC

BY:

Name
Title: President & COO

Date: 8/13/2018

Initial____

| Cust Group | Invoice # | Invoice Date | TERMS | Due Date | Amount Due |
|---|---|---|---|---|---|
| BH TRANSPORTATION LLC | 2472560 | 10/26/2019 | 60 | 1/19/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2472559 | 10/26/2019 | 60 | 1/19/2020 | $31,160.72 |
| BH TRANSPORTATION LLC | 2472561 | 10/26/2019 | 60 | 1/19/2020 | $28,447.90 |
| BH TRANSPORTATION LLC | 2472558 | 10/26/2019 | 60 | 1/19/2020 | $4,724.00 |
| BH TRANSPORTATION LLC | 2472562 | 10/26/2019 | 60 | 1/19/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2476427 | 11/4/2019 | 60 | 1/26/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2478761 | 11/9/2019 | 60 | 2/1/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2479322 | 11/16/2019 | 60 | 2/8/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2485861 | 12/2/2019 | 60 | 2/21/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2489589 | 12/14/2019 | 60 | 3/6/2020 | $77,288.23 |
| BH TRANSPORTATION LLC | 2492729 | 12/21/2019 | 60 | 3/15/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2498357 | 1/4/2020 | 60 | 3/27/2020 | $44,857.14 |
| BH TRANSPORTATION LLC | 2500560 | 1/11/2020 | 60 | 4/3/2020 | $28,035.72 |
| BH TRANSPORTATION LLC | 2503041 | 1/18/2020 | 60 | 4/10/2020 | $26,967.45 |
| BH TRANSPORTATION LLC | 2507302 | 2/3/2020 | 60 | 4/24/2020 | $20,229.00 |
| TOTAL | | | | | $457,960.20 |

*- Note that terms are 60 business days, from invoice date*

**EXHIBIT**

**B**

exhibitsticker.com



**EXHIBIT**

C
_____



April 8, 2020

Keith Hutcherson
BH Transportation and Consulting, LLC
528 Broadview Place
Atlanta, GA 30324
keith@bhtransportation.net

Sven Adler
Senior Vice President and Chief Financial Officer
Ricoh USA, Inc.
300 Eagleview Boulevard
Exton, PA 19341
sven.adler@ricoh-usa.com

    RE:  Services provided by TForce Logistics East, LLC (f/k/a TForce Final Mile, LLC)
          ("TForce") pursuant to a Broker Carrier Agreement (the "Agreement") with
          BH Transportation

Dear Sirs:

As you are aware, TForce provided transportation services to and on behalf of BH Transportation and Ricoh pursuant to the above agreement. Numerous invoices remain past-due and unpaid, currently totaling the sum of **$410,764.00**. This amount will increase over the next few weeks as additional invoices become due (see enclosed summary).

Despite repeated attempts, TForce has been unable to collect the sums due from BH Transportation, who advises that it has not received payment from Ricoh. Please accept this letter as TForce's formal demand for payment of all sums due and owing. If payment is not received by the close of business on April 15, 2020, TForce will have no choice but to resort to its legal remedies, including but not limited to pursuing its available claims against any entity that was provided services pursuant to the Agreement.

Sincerely,

Jeffrey S. Monroe
General Counsel - US
TFI International
417-659-5021
Fax: 417-659-5067
jmonroe@tfiintl.com

cc:  George Gowen, SVP, General Counsel and Secretary, Ricoh USA, Inc.

| Cust Group | Invoice # | Invoice Date | TERMS | Due Date | Total AR |
|---|---|---|---|---|---|
| BH TRANSPORTATION LLC | 2472560 | 10/6/2019 | 60 | 1/19/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2472559 | 10/6/2019 | 60 | 1/19/2020 | $31,161 |
| BH TRANSPORTATION LLC | 2472561 | 10/6/2019 | 60 | 1/19/2020 | $28,448 |
| BH TRANSPORTATION LLC | 2472558 | 10/6/2019 | 60 | 1/19/2020 | $4,724 |
| BH TRANSPORTATION LLC | 2472562 | 10/6/2019 | 60 | 1/19/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2476427 | 11/4/2019 | 60 | 1/26/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2478761 | 11/9/2019 | 60 | 2/1/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2479322 | 11/16/2019 | 60 | 2/8/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2485861 | 12/2/2019 | 60 | 2/21/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2489589 | 12/14/2019 | 60 | 3/6/2020 | $77,288 |
| BH TRANSPORTATION LLC | 2492729 | 12/21/2019 | 60 | 3/15/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2498357 | 1/4/2020 | 60 | 3/27/2020 | $44,857 |
| BH TRANSPORTATION LLC | 2500560 | 1/11/2020 | 60 | 4/3/2020 | $28,036 |
| BH TRANSPORTATION LLC | 2503041 | 1/18/2020 | 60 | 4/10/2020 | $26,967 |
| BH TRANSPORTATION LLC | 2507302 | 2/3/2020 | 60 | 4/24/2020 | $20,229 |
| TOTAL | | | | | $457,960 |

Late   $382,728

*- Note that terms are 60 business days from invoice date*

EXHIBIT

D

exhibitsticker.com

# McBRYAN, LLC

Attorneys at Law
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, Georgia 30328
Telephone (678) 733-9322
Fax (678) 498-2709

lmcbryan@mcbryanlaw.com
www.mcbryanlaw.com

May 1, 2020

**VIA EMAIL AND FIRST-CLASS MAIL**
Keith Hutcherson
BH Transportation and Consulting, LLC
528 Broadview Place
Atlanta, GA 30324
keith@bhtransportation.net

Sven Adler
Senior Vice President and Chief Financial Officer
Ricoh USA, Inc.
300 Eagleview Boulevard
Exton, PA 19341
Sven.adler@ricoh-usa.com

Sempra Energy
ATTN: Director of Supply Management
488 8th Avenue
San Diego, CA 92101

Dear Mr. Hutcherson, Mr. Adler, and Sempra Energy:

We represent TForce Logistics East, LLC, formerly known as TForce Final Mile, LLC ("TForce") with regard to the Broker Carrier Agreement dated August 13, 2018 (the "Agreement") entered into by and between BH Transportation ("BH") as the company and Dicom Logistics, LLC ("Dicom") as the carrier. The Agreement states that Ricoh USA ("Ricoh"), including but not limited to, is the customer of BH. At some prior to August 13, 2018, Ricoh contracted with Sempra Energy ("Sempra") to manage Sempra's delivery needs. On or about August 7, 2019, TForce purchased assets of Dicom that included the Agreement. As a result, TForce became the "carrier" party to the Agreement.

This letter is a demand for payment in the amount $453,237.18 as of April 8, 2020 for transportation services rendered by TForce on behalf of BH, Ricoh, and Sempra pursuant to the terms of the Agreement. Further, TForce invoiced BH for transportation services provided for BH's customers Sempra and Ricoh.

May 1, 2020
Page 2

In the first alternative, this letter is a demand for payment of 16 past due invoices: Invoice No. 2507302 dated February 1, 2020; Invoice No. 2503041 dated January 18, 2020; Invoice No. 2500560 dated January 11, 2020; Invoice No. 2498357 dated January 4, 2020; Invoice No. 2492729 dated December 21, 2019; Invoice No. 2489589 dated December 14, 2019; Invoice No. 2485861 dated November 30, 2019; Invoice No. 2479322 dated November 16, 2019; Invoice No. 2478761 dated November 9, 2019; Invoice No. 2476427 dated November 2, 2019; Invoice No. 2472562 dated October 26, 2019; Invoice No. 2472561 dated October 19, 2019; Invoice No. 2472560 dated October 12, 2019; and Invoice No. 2472559 dated October 5, 2019.

In the second alternative, this letter also is a demand for payment in the amount of $453,237.18 as of April 8, 2020 for transportation services rendered by TForce on behalf of BH, Ricoh, and Sempra under the theory of quantum meruit and unjust enrichment pursuant to O.C.G.A. § 9-2-7.

Pursuant to the terms of the Agreement, BH controlled "the transportation of freight under its contractual arrangements with various consignors and consignees, including but not limited to" Ricoh. Since Ricoh contracted with Sempra to manage its deliveries, Sempra falls within the description of "various consignors and consignees." The terms of the Agreement provide for payment of transportation services provided by TForce with payment for same by BH within sixty (60) business days of receipt by TForce. Thus, the total amount due and owing for the Invoices as of April 8, 2020 is $453,237.18 and is due and payable immediately.

Further, pursuant to the terms of the Invoices, the invoiced amounts are due thirty (30) days upon receipt of the invoice. Thus the total amount due and owing for Invoice No. 2507302 is $30,229.00; for Invoice No. 2503041 is $26,967.45; for Invoice No. 2500560 is $28,036.72; for Invoice No. 2498357 is $44,857.14; for Invoice No. 2492729 is $28,035.72; for Invoice No. 2489589 is $77,288.23; for Invoice No. 2485861 is $28,035.72; for Invoice No. 2479322 is $28,035.72; for Invoice No. 2478761 is $28,035.72; for Invoice No. 2476427 is $28,035.72; for Invoice No. 2472562 is $28,035.72; for Invoice No. 2472561 is $28,447.90; for Invoice No. 2472560 is $28,035.72; and for Invoice No. 2472559 is $31,160.72. Each of the Invoices remains unpaid as of the date of this letter. Thus, the total amount due and owing for the Invoices is $453,237.18 and is due and payable immediately.

Moreover, BH'S request that TForce provide transportation services for BH's customers Ricoh and Sempra created an implied obligation to pay for those services under Georgia law, specifically O.C.G.A. § 9-2-7. BH, Ricoh, and Sempra each received a benefit as a result of TForce's services for which TForce has not been paid. Your failure to pay TForce for those services results in your unjust enrichment. If the Agreement were not in place, BH, Ricoh, and Sempra remain liable for the payments due for the Invoices. Under Georgia law, whenever a party requests services from another party who provides those services, an implied promise of compensation is created known as quantum merit. The Invoices establish the transportation services requested by BH for its customers Ricoh and Sempra from TForce for which you have not paid. Thus, the total amount due and owing for the Invoices as of April 8, 2020 is $453,237.18 and is due and payable immediately.

May 1, 2020
Page 3

TForce hereby demands that BH, Ricoh, and Sempra immediately pay in full the Invoices in the amount of $453,237.18 within ten (10) days from the date of this letter.  If BH, Ricoh, and Sempra fail to pay the Invoices in full within this ten (10) day period, TForce shall take any and all action allowed under Georgia law to collect payment of the Invoices.

GOVERN YOURSELF ACCORDINGLY.

Sincerely,

McBRYAN, LLC

Louis G. McBryan

cc: TForce Logistics East, LLC



**EXHIBIT**

E



**TForce**

PO Box 803496
Dallas, TX 75380

| Invoice No. | 2472560 |
| Account No. | 1530390156 |
| Invoice Date | 10/26/2019 |
| Amount Due | 28,035.72 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 30 Days

---

**Please Return This Portion**

**TForce**

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2472560 | 10/12/2019 | 28,035.72 | 1 of 1 |

| Date/Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 10/12/2019 1905668362 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: On File (AC) Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 23:59 Ref2: | Base | 28,035.72 | 28,035.72 |
| | | | | Total: | | 28,035.72 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.

# TForce

PO Box 803496
Dallas, TX 75380



| Invoice No. | 2472559 |
| --- | --- |
| Account No. | 1530390156 |
| Invoice Date | 10/26/2019 |
| Amount Due | 31,160.72 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 30 Days

**Please Return This Portion**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
| --- | --- | --- | --- | --- |
| 1530390156 | 2472559 | 10/05/2019 | 31,160.72 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 09/30/2019 1905716211 | RUSHDOC | SEMPA LOCATION 12801 TAMPA AVE PORTER RANCH, CA 91326 Caller: Tony Signed: Complete Ref1: | SEMPA LOCATION 12801 TAMPA AVE PORTER RANCH, CA 91326 PCS: 1 Wght: 1 Pounds Ready: 12:29 Del: 12:35 Ref2: | Quoted | 3,125.00 | 3,125.00 |
| 10/05/2019 1905513616 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: On File (AC) Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 23:59 Ref2: | Base | 28,035.72 | 28,035.72 |
| | | | | | Total: | 31,160.72 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.



# TForce

PO Box 803496
Dallas, TX 75380

| Invoice No. | 2472561 |
|---|---|
| Account No. | 1530390156 |
| Invoice Date | 10/26/2019 |
| Amount Due | 28,447.90 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

Net 30 Days

## Please Return This Portion

## TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2472561 | 10/19/2019 | 28,447.90 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charge | | Total |
|---|---|---|---|---|---|---|
| 10/15/2019 1905866067 | RUSHDOC | Sempra Energy 11865 Rancho Bernardo Road San Diego, CA 92128 Caller: Tom Harris Signed: Complete Ref1: 2100-3107 | SEMPRA ENERGY 1801 S ATLANTIC BLVD MONTEREY PARK, CA 91754 PCS: 1 Wght: 1 Pounds Ready: 13:57 Del: 18:00 Ref2: 402185 | Base | 412.18 | 412.18 |
| 10/19/2019 1905826422 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: On File (AC) Ref1: | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 23:59 Ref2: | Base | 28,035.72 | 28,035.72 |
| | | | | | Total: | 28,447.90 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.



# TForce

PO Box 803496
Dallas, TX 75380

| Invoice No. | 2472558 |
| Account No. | 1530390156 |
| Invoice Date | 10/26/2019 |
| Amount Due | 30,819.47 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 30 Days

## Please Return This Portion

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
| --- | --- | --- | --- | --- |
| 1530390156 | 2472558 | 09/28/2019 | 30,819.47 | 1 of 2 |

| Date Order No. | Service Type | Service Detail | | Charge | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 09/23/2019 1905656101 | RUSHDOC | RB2000 RANCHO BERNARDO COMPANY 10975 TECHNOLOGY PL SAN DIEGO, CA 92127 Caller: Tony Signed: DONE Ref1: | PSSC 20432 N SEA CIR LAKE FOREST, CA 92630 PCS: 1 Wght: 1 Pounds Ready: 10:00 Del: 10:00 Ref2: | Quoted | 573.75 | 573.75 |
| 09/24/2019 1905656263 | RUSHDOC | 9300'S CHATSWORTH HQ 9400 OAKDALE AVE CHATSWORTH, CA 91311 Caller: Tony Signed: done Ref1: | GT GAS TOWER HQ 555 W 5TH ST LOS ANGELES, CA 90013 PCS: 1 Wght: 1 Pounds Ready: 13:31 Del: 10:00 Ref2: | Quoted | 140.00 | 140.00 |
| 09/25/2019 1905715634 | RUSHDOC | REDLANDS HQ 1981 W LUGONIA AVE REDLANDS, CA 92374 Caller: Tony Signed: Complete Ref1: | SC8007 INDIO BRANCH 45123 TOWNE ST INDIO, CA 92201 PCS: 1 Wght: 1 Pounds Ready: 13:39 Del: 18:00 Ref2: | Quoted | 303.75 | 303.75 |
| 09/27/2019 1905715851 | RUSHDOC | BAKERSFIELD BASE (9305) 1510 N CHESTER AVE BAKERSFIELD, CA 93308 Caller: Tony Signed: Complete Ref1: | Bakersfield SC9305 35118 Mc Murtrey Ave Bakersfield, CA 93308 PCS: 1 Wght: 1 Pounds Ready: 12:26 Del: 15:30 Ref2: | Quoted | 1,500.00 | 1,500.00 |
| 09/27/2019 1905716150 | RUSHDOC | 9305 DEL BAKERSFIELD BASE 1510 N CHESTER AVE BAKERSFIELD, CA 93308 Caller: Tony Signed: Complete Ref1: | 9304 PK/UP VISALIA BUSINESS OF 1305 E NOBLE AVE VISALIA, CA 93292 PCS: 1 Wght: 1 Pounds Ready: 09:31 Del: 11:30 Ref2: | Quoted | 266.25 | 266.25 |
| 09/28/2019 1905439967 | REGDOCK | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Ref1: | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 06:00 Del: 10:00 Ref2: | After Hrs Base Surcharge | 0.00 28,035.72 0.00 | 28,035.72 |
| | | | | | Total: | 30,819.47 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.

Continued

# TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2472558 | 09/28/2019 | 30,819.47 | 2 of 2 |

| Date Order No. | Service Type | Service Detail | Charges | Total |
|---|---|---|---|---|
| | | | | |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.



# TForce

PO Box 803496
Dallas, TX 75380

| Invoice No: | 2472562 |
|---|---|
| Account No: | 1530390156 |
| Invoice Date | 10/26/2019 |
| Amount Due: | 28,035.72 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 30 Days

- - - - - - - - - - - - - - - - **Please Return This Portion** - - - - - - - - - - - - - - - -

# TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2472562 | 10/26/2019 | 28,035.72 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 10/26/2019 1905971907 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: On File (AC) Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 23:59 Ref2: | Base | 28,035.72 | 28,035.72 |
| | | | | | Total: | 28,035.72 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.



# TForce

PO Box 803496
Dallas, TX 75380

| Invoice No. | 2476427 |
|---|---|
| Account No. | 1530390156 |
| Invoice Date | 11/04/2019 |
| Amount Due | 28,035.72 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 30 Days

-------------------------------- **Please Return This Portion** --------------------------------

## TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2476427 | 11/02/2019 | 28,035.72 | 1 of 1 |

| Date / Order No. | Service Type | Service Detail | | Charge | Tot. |
|---|---|---|---|---|---|
| 11/02/2019 1906117001 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: On File (AC) Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 23:59 Ref2: | Base    28,035.72 | 28,035.72 |
| | | | | Total: | 28,035.72 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.

 **TForce** Final Mile Logistics Critical

14881 Quorum Drive
Suite 700
Dallas, TX 75254

| Invoice No. | Invoice Date |
|---|---|
| 2478761 | 11/09/2019 |
| Account No. | Amount Due |
| 1530390156 | 28,035.72 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Sold To:

Terms: Net 30 Days

Remit To:

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

PO Box 803496
Dallas, TX 75380

Please Return This Portion

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2478761 | 11/09/2019 | 28,035.72 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 11/09/2019 1908264276 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0.0 Pounds Ready: 00:00 Del: 00:30 | Base | 28,035.72 | 28,035.72 |
| | | | | Total Amount Due: | | 28,035.72 |

For invoice inquiries, please contact DN.invoicing@tforce.com or call 1-800-930-3177.



**TForce** | Final Mile / Logistics / Critical

14891 Quorum Drive
Suite 700
Dallas, TX 75254

| Invoice No. | | Invoice Date |
|---|---|---|
| 2479322 | | 11/16/2019 |
| Account No. | | Amount Due |
| 1530390156 | | 28,035.72 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Sold To: .

Terms: Net 30 Days

Remit To:

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

PO Box 803496
Dallas, TX 75380

------------------------------------------------ Please Return This Portion ------------------------------------------------

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2479322 | 11/16/2019 | 28,035.72 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 11/16/2019 1906395264 | DEDCAR | Ricoh Sempra Energy<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>Caller: Weekly Routes<br>Signed: Complete | Ricoh Sempra Energy<br>12801 Tampa Ave<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>PCS: 0 Wght: 0.0 Pounds<br>Ready: 00:00 Del: 00:30 | Base | 28,035.72 | 28,035.72 |
| | | | | Total Amount Due: | | 28,035.72 |



**TForce** | Final Mile Logistics Critical

14881 Quorum Drive
Suite 700
Dallas, TX 75254

| Invoice No. | Invoice Date |
|---|---|
| 2485861 | 12/02/2019 |
| **Account No.** | **Amount Due** |
| 1530390156 | 28,035.72 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Sold To:

Terms: Net 30 Days

Remit To:

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

PO Box 803496
Dallas, TX 75380

Please Return This Portion

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2485861 | 11/30/2019 | 28,035.72 | 1 of 1 |

| Date<br>Order No. | Service<br>Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 11/30/2019<br>1906647464 | DEDCAR | Ricoh Sempra Energy<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>Caller: Weekly Routes<br>Signed: Complete | Ricoh Sempra Energy<br>12801 Tampa Ave<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>PCS: 0 Wght: 0.0 Pounds<br>Ready: 00:00 Del: 00:30 | Base | 28,035.72 | 28,035.72 |
| | | | | Total Amount Due: | | 28,035.72 |

For invoice inquiries, please contact DN.invoicing@tforce.com or call 1-800-930-3177.



# TForce

PO Box 803496
Dallas, TX 75380

| Invoice No. | 2489589 |
| Account No. | 1530390158 |
| Invoice Date | 12/14/2019 |
| Amount Due | 77,288.23 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 30 Days

- - - - - - - - - - - - - - - - - - - - Please Return This Portion - - - - - - - - - - - - - - - - - - - -

## TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2489589 | 12/14/2019 | 77,288.23 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 11/23/2019 1906553439 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 00:30 Ref2: | Base | 21,026.79 | 21,026.79 |
| 12/06/2019 1906842227 | RUSHDOC | SEMPRA ENERGY CENTURY PARK 8335 CENTURY PARK CT SAN DIEGO, CA 92123 Caller: Weekly Routes Signed: Complete Ref1: | MISSIONCONTROL 9060 FRIARS RD SAN DIEGO, CA 92108 PCS: 1 Wght: 1 Pounds Ready: 12:05 Del: 13:05 Ref2: | Base | 135.00 | 135.00 |
| 12/08/2019 1906842863 | RUSHDOC | SEMPRA ENERGY CENTURY PARK 8335 CENTURY PARK CT SAN DIEGO, CA 92123 Caller: Weekly Routes Signed: Complete Ref1: | EX EMPLOYEE 2602 2602 GREYLING DR SAN DIEGO, CA 92123 PCS: 1 Wght: 1 Pounds Ready: 12:08 Del: 12:38 Ref2: | Base | 55.00 | 55.00 |
| 12/07/2019 1906875548 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 00:30 Ref2: | Base | 28,035.72 | 28,035.72 |
| 12/14/2019 1907001670 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 00:30 Ref2: | Base | 28,035.72 | 28,035.72 |
| | | | | Total: | | 77,288.23 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.



**TForce** Final Mile
Logistics
Critical

14881 Quorum Drive
Suite 700
Dallas, TX 75254

| Invoice No. | Invoice Date |
|---|---|
| 2492729 | 12/21/2019 |
| Account No. | Amount Due |
| 1530390156 | 28,035.72 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Sold To:

Terms: Net 30 Days

Remit To:

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

PO Box 803496
Dallas, TX 75380

Please Return This Portion

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2492729 | 12/21/2019 | 28,035.72 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 12/21/2019 1907249454 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 1 Wght: 1 Pounds Ready: 00:00 Del: 23:00 | Base | 28,035.72 | 28,035.72 |
| | | | | Total Amount Due: | | 28,035.72 |

For invoice inquiries, please contact DN.invoicing@tforce.com or call 1-800-930-3177.



**TForce** Final Mile / Logistics / Critical

14881 Quorum Drive
Suite 700
Dallas, TX 75254

| Invoice No. | Invoice Date |
|---|---|
| 2498357 | 01/04/2020 |
| **Account No.** | **Amount Due** |
| 1530390156 | 44,857.14 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Sold To:

**Terms: Net 30 Days**

Remit To:

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

PO Box 803496
Dallas, TX 75380

----------------------------------------------------------------

Please Return This Portion

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2498357 | 01/04/2020 | 44,857.14 | 1 of 1 |

| Date/Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 12/28/2019 1907344432 | RUSHDOCK | Ricoh Sempra Energy<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>Caller: Weekly Routes<br>Signed: Complete | Ricoh Sempra Energy<br>12801 Tampa Ave<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>PCS: 1 Wght: 1 Pounds<br>Ready: 00:00 Del: 00:30 | Base | 22,428.57 | 22,428.57 |
| 01/04/2020 2000047793 | DEDCAR | Ricoh Sempra Energy<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>Caller: Weekly Routes<br>Signed: Complete | Ricoh Sempra Energy<br>12801 Tampa Ave<br>12801 Tampa Ave<br>Porter Ranch, CA 91326<br>PCS: 0 Wght: 0.0 Pounds<br>Ready: 00:00 Del: 00:30 | Base | 22,428.57 | 22,428.57 |
| | | | Total Amount Due: | | | 44,857.14 |

For invoice inquiries, please contact DN.invoicing@tforce.com or call 1-800-930-3177.



**TForce** | Final Mile
Logistics
Critical

14881 Quorum Drive
Suite 700
Dallas, TX 75254

| Invoice No. | Invoice Date |
|---|---|
| 2500560 | 01/11/2020 |
| Account No. | Amount Due |
| 1530390156 | 28,035.72 |

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Sold To:

Terms: Net 30 Days

Remit To:

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

PO Box 803496
Dallas, TX 75380

Please Return This Portion

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2500560 | 01/11/2020 | 28,035.72 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|
| 01/11/2020 2000189231 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0.0 Pounds Ready: 00:00 Del: 01:00 | Base | 28,035.72 | 28,035.72 |
| | | | | Total Amount Due: | | 28,035.72 |

For invoice inquiries, please contact DN.invoicing@tforce.com or call 1-800-930-3177.



# TForce

PO Box 803496
Dallas, TX 75380

| Invoice No. | 2503041 |
| Account No. | 1530390156 |
| Invoice Date | 01/18/2020 |
| Amount Due | 26,967.45 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 60 Days

----------------------------- Please Return This Portion -----------------------------

## TForce

| Account No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2503041 | 01/18/2020 | 26,967.45 | 1 of 1 |

| Date Order No. | Service Type | Service Detail | | Charge | | Total |
|---|---|---|---|---|---|---|
| 01/18/2020 2000329050 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 00:30 Ref2: | Base | 26,967.45 | 26,967.45 |
| | | | | Total: | | 26,967.45 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.

# TForce

PO Box 803496
Dallas, TX 75380



| Invoice No. | 2507302 |
|---|---|
| Account No. | 1530390156 |
| Invoice Date | 02/03/2020 |
| Amount Due | 23,975.07 |

BH TRANSPORTATION LLC
Keith Hutcherson
2303 N Peachtree Way
Atlanta, GA 30338

****Dynamex has become TForce Final Mile****
Remittance addresses will remain the same.
Check out our new website www.tforcefinalmile.com for
more information or email Team@TForce.com with questions.

Net 60 Days

- - - - - - - - - - - - - - - - - - - Please Return This Portion - - - - - - - - - - - - - - - - - - -

## TForce

| Account No. | Invoice No | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 1530390156 | 2507302 | 02/01/2020 | 23,975.07 | 1 of 1 |

| Date / Order No. | Service Type | Service Detail | | Charge | | Total |
|---|---|---|---|---|---|---|
| 01/25/2020 2000466092 | DEDCAR | Ricoh Sempra Energy 12801 Tampa Ave Porter Ranch, CA 91326 Caller: Weekly Routes Signed: Complete Ref1: | Ricoh Sempra Energy 12801 Tampa Ave 12801 Tampa Ave Porter Ranch, CA 91326 PCS: 0 Wght: 0 Pounds Ready: 00:00 Del: 21:59 Ref2: | Base | 23,975.07 | 23,975.07 |
| | | | | Total: | | 23,975.07 |

For invoice inquiries, please contact invoicing@tforce.com or call 1-800-930-3177.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TFORCE LOGISTICS EAST, LLC, )
Formerly known as TFORCE )
FINAL MILE, LLC,  as assignee of )
Dicom Logistics, LLC )
)
     Plaintiff, )
)
v. )         CIVIL ACTION FILE NO.
)
BH TRANSPORTION AND )    _____
CONSULTING, LLC, AND )
RICOH USA, INC., )
jointly and severally )
)
     Defendants. )
_____ )

## VERIFICATION

Personally appeared before the undersigned Notary Public duly authorized to

administer oaths, came Justin Howard, the Vice President of Finance of TForce

Logistics East, LLC who deposes and states that he has reviewed the foregoing

Verified Complaint For Breach Of Contract, Alternatively, Unjust Enrichment,

Alternatively, Quantum Meruit, And Alternatively, Suit On Account and that based

upon his personal knowledge, the information contained therein is true and correct.

_____
JUSTIN HOWARD

Sworn to and subscribed before me
this  7  day of July 2020.

_____
Notary Public
My Commission Expires:

DORIS OLOTON
My Notary ID # 5761240
Expires January 22, 2023