IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TForce Logistics East, LLC** *formerly known as* TForce Final Mile, LLC *assignee of* Dicom Logistics, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>**BH Transportion and Consulting, LLC and Ricoh USA, Inc.** *jointly and severally,*<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:20-cv-02858-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motion to Dismiss [Doc 20] in this case for Wednesday, December 9, 2020 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom.  Instructions for **ZOOM VIDEO** will be sent separately from the docket.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard.  Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 17th day of November, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE