# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-02858-WMR**

**TForce Logistics East, LLC v. BH Transportion and Consulting, LLC et al**

**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 12/09/2020.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:40 A.M.
TIME IN COURT: 1:10
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Siraj Abhyankar representing Ricoh USA, Inc. Louis McBryan representing TForce Logistics East, LLC |
| OTHER(S) PRESENT: | Brandon Rose |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [20]Motion to Dismiss for Failure to State a Claim TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court heard oral argument via Zoom and stated it will review the matter further. The Court will withhold ruling until February to allow parties a chance to mediate; if |

| | |
|---|---|
| | parties decide not to mediate, counsel should contact chambers. |
| HEARING STATUS: | Hearing Concluded |